UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

        v.                          CASE NO. 8:10-CR-402-T-35TBM

DIEGO RODOLFO BAEZ-BAEZ, et. al.

### UNITED STATES' JOINT STATUS REPORT FOR NOVEMBER OF 2012

COMES NOW the United States of America, by and through its representative, the undersigned Assistant United States Attorney, and respectfully submits the instant joint status report, advising the Court of the current status of the above-captioned case.  The United States consulted with Counsel for the defendants prior to filing the instant status report.

      1.      **Brief summary of the case's status.**

This case involves the indictment of three (3) individuals relating to the maritime smuggling of multi-ton quantities of cocaine from Colombia into the United States and related drug trafficking activity.  This case is part of a long-term investigation that has resulted in the indictment and conviction of various co-conspirators over the past several years.

The drug trafficking conspiracies charged in the indictment span a significant period of time but primarily is focused upon the past four to five years, or at least as early as 2008.  There are various cooperating defendants and other witnesses who would testify concerning the drug smuggling activities of the

defendant.  There were also maritime drug seizures relating to the conspiracies charged in this case.

The defendants were arrested in Colombia on the instant indictment in March 2011.  Diego Baez-Baez was extradited to the United States on December 12, 2011 and made his initial appearance on December 13, 2011.  Jacinto Enrique Baez-Baez was extradited to the United States on January 24, 2012 and made his initial appearance on January 25, 2012.  Jose Lopesierra-Gutierrez was extradited to the Middle District of Florida on March 1, 2012 and made his initial appearance on March 2, 2012.

The United States has provided discovery materials to the defendants and/or made discovery materials available for inspection and copying at the U.S. Attorney's Office.

**2.      Possibility of a Plea Agreement for Defendant.**

The United States remains in discussions with Counsel for the defendants concerning the possibility of resolving the case prior to trial.

**3.      Number of days required for trial.**

The United States expects that the case against the defendants would take approximately two (2) weeks to present.

**4.      Pending motions.**

There is a pending Motion to Cointinue.

5.    **Speedy Trial issues**

The  defendants have waived speedy trial through December 31, 2012. Diego Baez-Baez waived through December, 2012 (Doc. 36), Jacinto Baez-Baez through December 2012 (Doc. 24)and Jose Fernandez Lopesierra-Gutierrez through December 31, 2012 (Doc. 33).   The case is currently set for the January 2013 trial term (Doc. 48).  In addition to the waivers, the filing and granting of the uncontested motions to continue tolled the speedy trial calculation for all defendants.

In a case "involving multiple defendants, the seventy-day time limit begins to run when the last co-defendant is indicted or arraigned." United States v. Schlei, 122 F.3d 944, 985 (11th Cir. 1997).  Here, a new speedy trial clock for all defendants began on March 2, 2012 with the initial appearance of Jose Lopesierra-Gutierrez and, with the aforementioned continuance granted, set to commence in June  2012.  Based upon the current record, four (4) days have expired on the seventy day time period, and the final trial date would be sixty-six (66) days from June 1, 2012, or August 6, 2012.

Defense counsel filed an unopposed motion to continue the trial for all defendant until January 2013.  On April 25, 2012, this Honorable Court granted the motion to continue for all defendants until January 2012  (Doc. 48).   As a result, there are no anticipated Speedy Trial problems in this case at this time.

WHEREFORE, the United States respectfully requests that the Court take notice of the above.

Respectfully Submitted,

ROBERT E. O'NEILL
United States Attorney

By:   */s/ Joseph K. Ruddy*
JOSEPH K. RUDDY
Assistant United States Attorney
USA No. 037
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone:   (813) 274-6000
Facsimile:   (813) 274-6125
E-mail:      joseph.ruddy@usdoj.gov

4

**U.S. v. DIEGO RODOLFO BAEZ-BAEZ        CASE NO. 8:10-CR-402-T-35TBM**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on November 19, 2012, I electronically filed the

foregoing document with the Clerk of the Court by using the CM/ECF system

which will send a notice of electronic filing to the following:

Jay White, Esq.

Ronald Marzullo, Esq.

Linda George, Esq.

Jeffrey Brown, Esq

*/s/ Joseph K. Ruddy*
JOSEPH K. RUDDY
Assistant United States Attorney
USA No. 037
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6000
Facsimile:   (813) 274-6125
E-mail:      Joseph.ruddy@usdoj.gov